UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| | | Crim. No. 11-cr-0404 |
| v. | : | |
| Amin Petway | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Amin Petway by the Office of the Federal Public Defender (Patrick McMahaon, Assistant Federal Public Defendant, appearing), and the United States of America by Paul J. Fishman, United States Attorney for the District of New Jersey (Dara Aquila Govan, Assistant U.S. Attorney, appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days to continue discovery and plea negotiations, and the defendant being aware that he has the right to have an Information or Indictment charging him with the commission of an offense within thirty (30) days of his arrest, and also having a right to have this matter brought to trial within 70 days of the date on which an Indictment is filed against him, pursuant to Title 18 of the United States Code, Section 3161(c)(1), and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Both parties have consented to the aforementioned continuance, which is the first continuance in this matter.

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 12th day of July, 2011.

IT IS ORDERED that the proceedings in the above-captioned matter are continued for sixty days, from July 12, 2011 through and including September 12, 2011 in order to permit the parties to finalize their plea negotiations; and

IT IS FURTHER ORDERED that the period of this continuance shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(4).

_____
HONORABLE SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to:

_____
Dara Aquila Govan
Assistant U.S. Attorney

_____
Patrick McMahon
Assistant Federal Public Defender

2